UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez |
| v. | : | Docket No. 12-cr-422 (JHR) |
| KENNETH RICHARDS | : | ORDER |

This matter having come before the Court on Defendant's Initial Appearance on a Petition for Violation of Supervised Release,

IT IS ORDERED this 17th day of November, 2014 that the conditions of release are set as follows:

> As a condition of release, you are to participate in the Location Monitoring Program. You shall be confined to your residence commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

All other conditions of supervised release shall remain in effect.

_____
JOSEPH H. RODRIGUEZ
U.S.D.J.